UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN, YUGUANG    14 CV 3900

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

New York City,
Beth Isreal Hospital
Police Headquarter of New York City
Dening Zhu, MD

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

FILED
2014 JUN -2 AM 11:45
U.S. DISTRICT COURT
S.D. OF N.Y.

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name LIN, YUGUANG
Street Address 108 Eldridge St, Apt 3
County, City New York, NY 10002
State & Zip Code New York, 10002
Telephone Number 646-623-5356

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Police Headquarter of New York City
                  Street Address _____

_Rev. 05/2010_

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2     Name **New York City**
Street Address _____
County, City _____
State & Zip Code **New York, NY 10007**
Telephone Number _____

Defendant No. 3     Name **Beth Israel Medical Center**
Street Address **1st First Avenue at 16 Street**
County, City **New York NY 10003**
State & Zip Code **New York 10003**
Telephone Number **212-844-1644**

Defendant No. 4     Name **Dening Zhu, MD**
Street Address **185 Canal Street, Suite 305**
County, City **New York**
State & Zip Code **New York 10013**
Telephone Number **212-966-8286**

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **please read my statement**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? *Please read my statement*

B. What date and approximate time did the events giving rise to your claim(s) occur? *Please read my statement*

C. Facts: *Please read my statement*

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Please read my statement*

*Rev. 05/2010*

**V.  Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _Please read my statement_

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2 day of June, 2014

Signature of Plaintiff X_____

Mailing Address  108 Eldridge St #3
New York NY 10002

Telephone Number  646-623-5356

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

Honorable Ladies and Gentlemen,

I would like to introduce my non-human life and disaster in the past five years. I have been complained a lot of times, but nobody has given me any response. In addition, I have suffered a lot, especially my personal health have been seriously damaged. As a permanent resident in America, I have been in the United States for thirteen years. I have followed law carefully and filed my tax returns for twelve years. I have worked and lived in Chinatown, Manhattan, New York for a long time. In the past two years, I had the horrible life experience. Nobody cared about my complaints. My health was ruined.

1. In 2011, because my personal life was hurt, I wrote a letter to the commissioner of the local Police Station. The second day, two social workers and a lot of policemen came and forced me to be sent to Bellevue Hospital, Manhattan. In the evening that day, I was sent to the Psychiatric Department.

2. In 2012, I attended the monthly community meeting between the neighborhood and the Police Station on the second floor which was held in CCBA, New York. I told the police officers who also attended the meetings about my experiences. However, there was no response or action to me.

3. In September 2012, I live in a small room where have been put dirty air and dust secretly for a long period of time. I could not bear it anymore. Due to this reason, I have the breathing problem. In addition, I have to wear the protective masks (N95) twenty-four hours. I currently wear the double protective masks with the wet paper in between.

4. I have sit or lay down on bed all day long. I feel that my body always hot even if it is in winter season. I keep sweating which is mixed with all of those dusts. While I am sitting, my skin sticks with my underwear. Whenever I go to bathroom to open my underwear, I feel pain. Two sides wall of my bed cracked due to heat.

5. Sometimes, the wet air was sent into the room, all of documents got wet and was destroyed. There is the large area of moldy wall in the small room.

6. The rooms which were surrounded my room from up, down, the front and the back monitored me 24 hours a day with perspective equipment through

walls. My room was divided into 4 little rooms, and the rest of three rooms monitored me in turns and used harmful device to hurt me.

7. The primary tenant who lived with me in the same apartment repeatedly insulted and verbally abused me on purpose. He also repeatedly kicked and damaged the door of my room. Currently, the door of my room was still fixed with iron wire and tape. I reported this to the police several times and they came without any action to this unhuman behavior. A few months ago, the primary tenant still forced me to leave. This case is still in the process in the court.

8. On a day in May 2013, the police sued me in the name of my daughter in the Supreme Court in New York (60 Center Street). At 10 am that day, several policemen and bailiffs suddenly forced to handcuff me and send me to the court. I was handcuffed for a few hours and set free home at 3pm.

9. In the evening of one day in August 2013, an undercover police came and forced to open my door, and pointed the gun to me. I was forced to stay out of my room without any outwear on. Another two policemen were still there. However, they left in a while without saying anything.

10. The device which were damaged by others in the room: 4 computers, 2 cell phones, 1 copier, 1 fax, 2 landline phones, 2 radio players, and 1 air-conditioner. They were too evil.

11. They monitored me for a long time and damaged 2 cell phones, which I used for business for more than ten years. They even persuade some clients to stop doing business with me. The company I run for more than 10 years was totally damaged. They also constantly interfered, monitored, and damage wired telephone and Internet signals.

From 2011 to 2013, I called 911 a lot of times. The policemen basically only came to take a look and left without any further action.

After September 2012, I called 311 to complain. However, nobody had come to check it out. I still kept the part of the record.

At noon when Sandy came in 2012, I fainted at Grand Street and was sent to the Israeli Hospital in Manhattan. When I woke up from the Emergency Room, I noticed that the doctor took 4-5 injection tubes of blood from me. However, a few days later, there was no blood test in the medical report from the hospital. I still kept the injection tubes as evidence.

From 2012 to 2013, in doctor's office, I was given full medical check, which was operated by the doctor in person. The results of the medical reports showed that I was well with nothing wrong. It was an evidently fake report. Why did the doctor lie to me? It was the doctor who let me miss the precious treatment time. I still told the doctor several times, which was 2 years ago, that I might be hurt by the radioactive toxins. The doctor did not take my suggestion seriously, which caused the serious effects on my health.

My current healthy conditions: In the past ten years, the medical report constantly said I have been well. In the past two years, my body has had huge change. It could prove that 2 or 3 years ago, I was hurt by the radioactive toxins. Currently, all kinds of symptom are obvious.

I lost 30 pounds. I also found a lot of skin cancer. In the past over two years, my mouth has been full of blood when I brushed my teeth. There were two bones protruding in my feet. Sometimes, it felt red, itchy, and numb. There is a rift in the middle of the on the top of head. The DNA of my body had been damaged. My face turned to be 10 years older, and my body became weak. My hands and feet felt no strength. All these symptoms were similar to the symptoms of the person with radioactive toxins in the *Encyclopedia*.

In these past three years, I was seriously monitored when I went shopping. I was monitored when I was at work with cell phone photographing. They also used vehicles to stalk me. They used human resources, money, and governmental resources to hurt me. They also warn my coworkers and friends not provide help to me. I, myself, can only speak Mandarin Chinese. Therefore, they used more and more kinds of methods to hurt me. Now I must use law and justice to sue the related departments in the government. I hope I can get support and assistance from everyone. Thank you.

I still believe the US, and believe that the justice and human rights are the basic of the world's people's trust. However, my vivid and terrifying experiences also happened in the city which all people are fond of, Manhattan, NY.



Situation room walls moldy

room walls cracked moldy appears



Fixation with wire and tape

Bed room walls cracked and moldy exposure.

Hole with a thick stained used



Fixation with wire and tape

Used antivirus n95 masks.com be tested

On both sides the bed wall

